IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **Theodore John Grim III,** | Case No. 3:15-cv-3167 |
| Plaintiff, | |
| v. | |
| **Centrum Valley Farms, LLP,** | **Stipulation For Dismissal With Prejudice** |
| Defendant. | |

Plaintiff Theodore John Grim III and Defendant Centrum Valley Farms, LLP, by and through their attorneys, and pursuant to Local Rule 41(a)(2), hereby stipulate and agree that the above-captioned lawsuit should be dismissed in its entirety with prejudice, with all parties to bear their own costs, disbursements, and attorneys' fees in this matter, and respectfully request that the Court enter judgment pursuant to this stipulation.

Dated January 9, 2017.

| **HEDBERG & BOULTON, P.C.** | **FAEGRE BAKER DANIELS LLP** |
|---|---|
| /s/ Nathaniel R. Boulton | /s/ Karin A. Johnson |
| Nathaniel R. Boulton, *Lead Counsel* | Karin A. Johnson, *Lead Counsel* |
| nboulton@hedberglaw.com | karin.johnson@faegrebd.com |
| Sarah M. Wolfe | Samantha M. Rollins |
| sarah@hedberglaw.com | samantha.rollins@faegrebd.com |
| 100 Court Avenue, Suite 425 | 801 Grand Avenue, 33rd Floor |
| Des Moines, IA 50309 | Des Moines, Iowa 50309-8003 |
| Telephone: (515) 288-4148 | Telephone: (515) 248-9000 |
| Facsimile: (515) 288-4149 | Facsimile: (515) 248-9010 |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

## Certificate of Service

The undersigned hereby certifies that a true copy of the foregoing **Stipulation For Dismissal With Prejudice** was served upon counsel of record through the Court's CM/ECF filing system on the 9th day of January, 2017.

/s/ Trisha Richey

Nathaniel R. Boulton
 *nboulton@hedberglaw.com*
Sarah M. Wolfe
 *sarah@hedberglaw.com*

US.109499938.01